255 F.2d 685
 58-2 USTC P 9585
 John M. and Florence B. STURGEON, Plaintiffs-Appellants,
v.
Dennis J. McMAHON as Former Collector of Internal Revenue,
Second District, New York, Defendant-Appellee.
 No. 329, Docket 24981.
 United States Court of Appeals Second Circuit.
 Argued May 5, 1958.
Decided June 2, 1958.
 
 Appeal from the United States District Court for the Southern District of New York; David N. Edelstein, Judge.
 Jackson, Nash, Brophy, Barringer & Brooks, New York City (John G. Jackson, Jr., of counsel), New York City, for plaintiffs-appellants.
 Paul W. Williams, U.S. Atty., S.D.N.Y., New York City (Robert J. Ward, Asst. U.S. Atty., New York City, John A. Guzzetta, Asst. U.S. Atty., of counsel), for defendant-appellee.
 Before WATERMAN and MOORE, Circuit Judges, and GALSTON, District judge.
 PER CURIAM.
 
 
 1
 The judgment below is affirmed on Judge Edelstein's opinion filed October 15, 1957, 155 F.Supp. 628.